# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Susana Castro
                     Plaintiff,

v.                                        Case No.: 1:25−cv−09570
                                               Honorable Lindsay C. Jenkins

Bestway USA, Inc.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 3, 2025:

       MINUTE entry before the Honorable Lindsay C. Jenkins: Any response to the motion to reassign as related is due by October 17, 2025 and Plaintiff's reply is due by October 24, 2025. Counsel for Plaintiff should promptly notify counsel in Brandi Jamison v. Polygroup North America, Inc. and Polygroup Services N.A. Inc., No. 1:25−CV−10222, of this briefing schedule. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.